B6A (Official Form 6A) (12/07)

In re  **Robert S. Shumake**                                          ,     Case No.  __13-40001_____
                                          Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **09759 Bonnie Brook, Charlevoix, Charlevoix County, Michigan.  Property value estimated to be $250,000.  Debtor's interest has no present market value, but he claims an exemption in it because he may choose to retain it.  Litigation regarding the foreclosure is pending in the Michigan Court of Appeals.** | **equity of redemption** | **-** | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Robert S. Shumake** , Case No. **13-40001**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First National Bank (Botswana)** | - | 8.00 |
| | | **Banco Popular Dominicano, S.A. (Dominican Republic)** | - | 84.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **household goods, furniture.  At 546 Graten St., Birmingham MI 48009, and Charlevoix house.** | - | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous items included in item 4.  No valuable art objects or collectibles.** | - | 0.00 |
| 6. Wearing apparel. | | **Clothing, apparel, accessories, watches** | - | 1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous sporting goods included in item 4.** | - | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    11,642.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Robert S. Shumake** , Case No. **13-40001**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **ICG Real Estate Advisors, LLC, a Michigan limited liability company. 85% membership interest, no market value. Value is stated because debtor claims it as wholly exempt. This LLC owns interests in subsidiaries. The debtor formerly listed as assets interests in those subsidiaries, but he now understands his ownership interest in those subsidiaries to be indirect.** | - | 100.00 |
| | | **Robert Shumake LLC, a Michigan limited liabilty company.** | - | 0.00 |
| | | **Meek Communications LLC** | - | 0.00 |
| | | **Meek Lakewood, LLC** | - | 0.00 |
| | | **Southfield Properties Group, LLC, 5% membership interest** | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total > 101.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Robert S. Shumake** ,                                    Case No.  **13-40001**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims asserted in Macomb County Circuit Court lawsuit against Ronald Zajac, John Clark, Estate of Steven Pankake, and Michael Pankake. | - | Unknown |
| | | Claims asserted against Deutsche Bank National Trust Company in Charleviox County litigation (currently before the Michigan Court of Appeals). See schedule A. | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Mercedes-Benz S550.  150,000 miles. | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

|  | Sub-Total > | **15,000.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert S. Shumake**                                              ,    Case No.    **13-40001**
_____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **26,743.00** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Robert S. Shumake**                                        , Case No. __13-40001__
                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **09759 Bonnie Brook, Charlevoix, Charlevoix County, Michigan. Property value estimated to be $250,000. Debtor's interest has no present market value, but he claims an exemption in it because he may choose to retain it. Litigation regarding the foreclosure is pending in the Michigan Court of Appeals.** | 11 U.S.C. § 522(d)(1) | 10,800.00 | Unknown |
| **Cash on Hand** | | | |
| **cash** | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First National Bank (Botswana)** | 11 U.S.C. § 522(d)(5) | 8.00 | 8.00 |
| **Banco Popular Dominicano, S.A. (Dominican Republic)** | 11 U.S.C. § 522(d)(5) | 84.00 | 84.00 |
| **Household Goods and Furnishings** | | | |
| **household goods, furniture. At 546 Graten St., Birmingham MI 48009, and Charlevoix house.** | 11 U.S.C. § 522(d)(3) | 10,000.00 | 10,000.00 |
| **Wearing Apparel** | | | |
| **Clothing, apparel, accessories, watches** | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(4) jewelry exemption claimed with respect to watches | 1,500.00<br>1,450.00 | 1,500.00 |
| **Stock and Interests in Businesses** | | | |
| **ICG Real Estate Advisors, LLC, a Michigan limited liabilty company. 85% membership interest, no market value. Value is stated because debtor claims it as wholly exempt. This LLC owns interests in subsidiaries. The debtor formerly listed as assets interests in those subsidiaries, but he now understands his ownership interest in those subsidiaries to be indirect.** | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Robert Shumake LLC, a Michigan limited liabilty company.** | 11 U.S.C. § 522(d)(5) | 100.00 | 0.00 |
| **Southfield Properties Group, LLC, 5% membership interest** | 11 U.S.C. § 522(d)(5) | 100.00 | 1.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Claims asserted in Macomb County Circuit Court lawsuit against Ronald Zajac, John Clark, Estate of Steven Pankake, and Michael Pankake.** | 11 U.S.C. § 522(d)(5) | 100.00 | Unknown |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re        **Robert S. Shumake**                                              ,          Case No.        **13-40001**
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Mercedes-Benz S550.  150,000 miles.** | **11 U.S.C. § 522(d)(2)** | **3,450.00** | **15,000.00** |
| | Total: | **27,742.00** | **26,743.00** |

B6D (Official Form 6D) (12/07)

In re __Robert S. Shumake__ , Case No. ___13-40001___
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Mortgagee holds sheriff's deed. **09759 Bonnie Brook, Charlevoix, Charlevoix County, Michigan. Property value estimated to be $250,000. Debtor's interest has no present market value, but he claims an exemption in it because he may choose to retain it. Litigation regardin** | | | | | |
| Countrywide P.O. Box 650070 Dallas, TX 75265-0070 | | - | | | | | | | | |
| | | | | | Value $ **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **xxxx xxxx xx19 02** | | | | | **security interest noted on title 3.18.2009** **2007 Mercedes-Benz S550. 150,000 miles.** | | | | | |
| JPMorgan Chase Bank NA (auto) PO Box 901098 Fort Worth, TX 76101 | | - | | | | | | | | |
| | | | | | Value $ **15,000.00** | | | | **22,000.00** | **7,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **22,000.00** | **7,000.00** |
| Total (Report on Summary of Schedules) | **22,000.00** | **7,000.00** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Robert S. Shumake** ,  Case No.  **13-40001**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. x-x1005 <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-8000** | X | - | | | credit card | | | | 70,000.00 |
| Account No. <br><br> **Angelo D'Alessandro** <br> **3800 Woodward Avenue, Ste. 410** <br> **Detroit, MI 48201** | | - | | | loan for business purposes | | | | 150,000.00 |
| Account No. x1606 <br><br> **Capitol Hill Club** <br> **300 First Street, S.E.** <br> **Washington, DC 20003** | | - | | | dining | | | | 958.11 |
| Account No. xxxxxxxxxxx5573 <br><br> **Charter Communications** <br> **1265 John Q. Hammons, Ste. 100** <br> **Madison, WI 53717-1936** | | - | | | cable | | | | 316.44 |

__5__  continuation sheets attached

Subtotal
(Total of this page)  **221,274.55**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
S/N:26563-130208    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert S. Shumake** _____ ,     Case No. ___**13-40001**_____

                                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CitiMortgage Inc.** <br> **Bankruptcy Department** <br> **Attn: MC0023** <br> **5280 Corporate Drive** <br> **Frederick, MD 21703-8351** | - | | **mortgage loan, formerly secured by Charlevoix real property. Amount listed is estimated deficiency balance.** | | | | 530,000.00 |
| Account No. <br><br> **City of Charlevoix** <br> **201 State Street** <br> **Charlevoix, MI 49720** | - | | property tax | | | | 295.59 |
| Account No. **xxxx xxxx xxxx 5570** <br><br> **Comcast** <br> **Charter** <br> **P.O. Box 901076** <br> **Fort Worth, TX 76101-2076** | - | | cable | | | | 325.00 |
| Account No. **xxxx xxxxx 5185** <br><br> **Consumers Energy** <br> **Lansing, MI 48937-0001** | - | | Utilities | | | | 1,789.00 |
| Account No. **tbd** <br><br> **Consumers Energy** <br> **Lansing, MI 48937-0001** | - | | Utilities | | | | 689.00 |

Sheet no. __**1**___ of __**5**___ sheets attached to Schedule of           Subtotal           | 533,098.59
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert S. Shumake**                                                            Case No.  **13-40001**
                                                                          ,
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | - | | deficiency balance, Charlevoix mortgage | | | | |
| **Deutsche Bank National Trust Company** **300 South Grand Avenue** **Los Angeles, CA 90071** | | | | | | | 500,000.00 |
| Account No. **xxxx xxx x002 2** | - | | Utilities | | | | |
| **DTE Energy** **One Energy Plaza** **Detroit, MI 48226-1221** | | | | | | | 226.00 |
| Account No. **xxxx xxx x003 0** | - | | Utilities | | | | |
| **DTE Energy** **One Energy Plaza** **Detroit, MI 48226-1221** | | | | | | | 159.95 |
| Account No. | - | | judgment, Oakland County Circuit Court. | | | | |
| **Fifth Third Bank** **P.O. Box 630337** **Cincinnati, OH 45263-0001** | | | | | | | 750,000.00 |
| Account No. | - | | claim asserted in Wayne County lawsuit. | | | | |
| **General Retirement System / Detroit** **c/o Peter A Jackson, Esq.** **Clark Hill PLC** **500 Woodward, 35th Floor** **Detroit, MI 48226** | | | | | | X | 0.00 |

Sheet no. **2** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,250,385.95**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re   __Robert S. Shumake_____,   Case No. ___13-40001_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2-001** <br><br> **Great Lakes Energy** <br> **2183 N. Water Road** <br> **Hart, MI 49420-9007** | | - | | | | | 276.47 |
| Account No. **x1132** <br><br> **Heenan, Blaikie Management Ltd.** <br> **1250 boul Rene-Levesque O** <br> **Montreal Quebec, Canada H3B4Y1** | X | - | company debt, listed for notice purposes. | | | X | 31,103.69 |
| Account No. <br><br> **Joelson, Rosenberg, Moss, Cohen, Warren & Drasnin, P.L.C.** <br> **30665 Northwestern Hwy., Ste. 200** <br> **Farmington Hills, MI 48334-3144** | X | - | litigation - attorneys fees | | | | 30,000.00 |
| Account No. <br><br> **Law Office of Douglas D. Hampton, P.C.** <br> **2000 Town Center, Ste. 1900** <br> **Southfield, MI 48075** | X | - | attorney fees | | | | 70,000.00 |
| Account No. **xxxx2607** <br><br> **MassMutual Financial Group** <br> **P.O. Box 75045** <br> **Charlotte, NC 28275-0045** | | - | life insurance (policy lapsed). | | | | 1,415.42 |

Sheet no. __3___ of __5___ sheets attached to Schedule of          Subtotal          132,795.58
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re  **Robert S. Shumake**                                    ,     Case No.    **13-40001**
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 9226** <br><br> **Michigan First Credit Union** <br> **Customer Service** <br> **P.O. Box 31112** <br> **Tampa, FL 33631-3112** | | - | credit card | | | | 10,672.97 |
| Account No. <br><br> **P & B  Investments** <br> **111 Cadillac Square, Suite 300** <br> **Detroit, MI 48226** | | - | Eaton Street | | | | 2,500.00 |
| Account No. <br><br> **Police and Fire Retirement / Detroit** <br> **c/o Peter A. Jackson, Esq.** <br> **Clark Hill PLC** <br> **500 Woodward, 35th Floor** <br> **Detroit, MI 48226** | | - | | | | | 0.00 |
| Account No. <br><br> **Prime Financial, Inc.** <br> **31800 Northwestern Highway, Suite 207** <br> **Farmington, MI 48334** | X | - | personal guaranty of real-estate loan | | | | 1,000,000.00 |
| Account No. <br><br> **Sal Calvalere** <br> **3800 Woodward Avenue, Ste. 410** <br> **Detroit, MI 48201** | X | - | Loan for business purposes. | | | | 200,000.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,213,172.97**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Robert S. Shumake**                                    ,    Case No. ____**13-40001**____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6504**<br><br>**State Farm Insurance**<br>**42690 Woodward Avenue, Suite 175**<br>**Bloomfield Hills, MI 48304-5066** | | - | | | | | 1,202.00 |
| Account No. **xxxxxxxx-x0001**<br><br>**VerizonWireless**<br>**P.O. Box 4002**<br>**Acworth, GA 30101** | X | - | cell phone | | | | 3,415.41 |
| Account No.<br><br>**Vernor Norwood**<br>**18693 Mark Twain**<br>**Detroit, MI 48221** | | - | | | | | 50,000.00 |
| Account No. **xxx-xxxxxx3-002**<br><br>**Wells Fargo**<br>**Leasing Customer Service**<br>**MAC F4031-050**<br>**800 Walnut Street**<br>**Des Moines, IA 50309-3605** | X | - | Sharp copier lease | | | | 11,978.00 |
| Account No. **xxx03-00**<br><br>**WRC**<br>**One Public Works Drive**<br>**Bldg. 95 West**<br>**Waterford, MI 48328-1907** | X | - | water bills | | | | 3,200.00 |

Sheet no. __**5**__ of __**5**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 69,795.41 |
| Total (Report on Summary of Schedules) | 3,420,523.05 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:**     **Robert S. Shumake**

**CASE NUMBER:**     **13-40001**

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☐     Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

☐     **$30.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐     Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒     Other: (Provide detail of Amendment) **Amend schedules A, B, C, D and F to clarify descriptions of property, exemptions and debts.**

☐     **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐     **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:**     LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

2/19/13 1:11PM

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):      -NONE-
                                                        (Please print)

Previous address:                               Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):
                                                        (Please print)
Address

**NAME OF CREDITOR** (As it now appears):
                                                        (Please print)
Address

## FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:      **/s/ Thomas R. Morris**
                **Thomas R. Morris P39141**

                Name of Attorney
                **30500 Northwestern Highway**
                **Suite 200**
                **Farmington Hills, MI 48334**
                **(248) 539-1330**
                **morris@silvermanmorris.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Robert S. Shumake**

**Robert S. Shumake**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable