UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

ROBERT S. SHUMAKE,            Chapter 7
                                             Case No. 13-40001-wsd
                Debtor.                       Hon. Walter Shapero
_____/

## 2nd MOTION TO EXTEND DEADLINE TO FILE COMPLAINT TO OBJECT TO DEBTOR'S DISCHARGE OR DISCHARGEABILITY OF CERTAIN DEBTS

NOW COMES Prime Financial, Inc., by and though its counsel, Jay S. Kalish and for its 2nd Motion to Extend the Deadline to File a Complaint to Object to Debtor's Discharge or to the Dischargeability of Certain Debts, says as follows:

1.     The Debtor filed his voluntary Chapter 7 case on January 1, 2013.

2.     Prime Financial, Inc. ("Prime") is an unsecured creditor of the Debtor in an amount not less than $1,000,000.00.

3.     The Debtor's first meeting of creditors was held on February 7, 2013 and concluded on February 21, 2013.

4.     The deadline to file a complaint pursuant to 11 USC §523 and/or §727 was April 8, 2013 (the "Complaint Deadline").

5.     Pursuant to this Court's April 8, 2013 Order (DE38), the Complaint Deadline has been extended to June 8, 2013.

6.     The Debtor has multiple business interests, some of which were not disclosed when the original schedules were filed.

7.     The Debtor filed amended schedules on February 19, 2013.

1

8. In connection with the various business interests and the Amended Schedules, the Chapter 7 Trustee, through her counsel, has requested a substantial number of financial documents (the "Documents") from the Debtor and the General Retirement Systems of the City of Detroit and the Detroit Police and Fire Departments. In connection with that request, the Trustee has filed Motions for 2004 examinations (Docket #19 and #20).

9. It will take additional time to review and evaluate the Documents.

10. Several Adversary Proceedings have been filed by other creditors in connection with these matters.

11. Prime Financial, Inc. wishes to evaluate the discovery that will be had in connection with the other adversary proceedings and the Trustee's investigation.

12. Pursuant to Rule 4004 and Rule 4007, Fed. Rules Bankr. Pro., good cause exists for extending the Complaint Deadline, pursuant to 11 USC §523 and/or §727, for 60 additional days or until August 8, 2013.

13. On June 6, 2013, the concurrence of the Debtor was sought but no response has been received.

14. A copy of the proposed Order is attached hereto as Exhibit "1".

WHEREFORE, Creditor, Prime Financial, Inc. prays that this Court enter an Order pursuant to Rules 4004 and 4007, Fed. R. Bank. Pro., extending the Complaint Deadline to August 8, 2013.

JAY S. KALISH & ASSOCIATES, P.C.

*/s/ Jay S. Kalish*                              .
JAY S. KALISH
Attorney for Prime Financial, Inc.
28592 Orchard Lake Road, Suite 360
Farmington Hills, MI 48334
(248) 932-3000
*JSKalish@aol.com*
MI Bar Number: P26301

Dated: June 6, 2013