Form ntchrg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−40001−wsd**
Chapter: 7
Judge: Walter Shapero.Detroit

In Re: (NAME OF DEBTOR(S))
   Robert S. Shumake
   381 Keswick St.
   Bloomfield, MI 48304

Social Security No.:
   xxx−xx−9178

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 1042, 231 W. Lafayette, Detroit, MI 48226** on **1/9/14** at **09:30 AM** to consider and act upon the following:

*101* − Motion to Approve Compromise under Rule 9019 / Trustee's Motion for Order Approving Compromise, Proposed Order, Notice, Certificate of Service Filed by Trustee K. Jin Lim (Clayson, Kimberly)

Dated: 12/10/13

                            BY THE COURT

                            Katherine B. Gullo
                            Clerk, U.S. Bankruptcy Court

                            BY: S Gentle
                            Deputy Clerk