# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### COVER SHEET FOR AMENDMENTS

**Case Name:** Robert S. Shumake     **Case No.:** 13-40001

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
  - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Schedules**
- ☐ **Statement of Financial Affairs**
- ☒ **Schedules and List of Creditors:**
  - ☐ Schedule A
  - ☐ Schedule B
  - ☒ Schedule C
  - ☐ List of Creditors ☐ Schedule D ☐ Schedule E ☐ Schedule F, and
    - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☐ Schedule I
  - ☐ Schedule J

**NOTE: Use Page 2 for any corrections or additions to the LIst of Creditors.**

**Additional Details of Amendment(s):**    **Increase exemption** § 522(d)(1)

| | |
|---|---|
| **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** | |
| **Date** December 12, 2013 | **Signature** /s/ Thomas R. Morris |
| **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** | |
| **Date** December 12, 2013 | **Signature** /s/ Robert S. Shumake |

1

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section of the form to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**

**-NONE-**

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

In re **Robert S. Shumake**, Case No. **13-40001**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 09759 Bonnie Brook, Charlevoix, Charlevoix County, Michigan. Property value estimated to be $250,000. Debtor's interest has no present market value, but he claims an exemption in it because he may choose to retain it. Litigation regarding the foreclosure is pending in the Michigan Court of Appeals. | 11 U.S.C. § 522(d)(1) | 21,625.00 | Unknown |
| **Cash on Hand** | | | |
| cash | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First National Bank (Botswana) | 11 U.S.C. § 522(d)(5) | 8.00 | 8.00 |
| Banco Popular Dominicano, S.A. (Dominican Republic) | 11 U.S.C. § 522(d)(5) | 84.00 | 84.00 |
| **Household Goods and Furnishings** | | | |
| household goods, furniture. At 546 Graten St., Birmingham MI 48009, and Charlevoix house. | 11 U.S.C. § 522(d)(3) | 10,000.00 | 10,000.00 |
| **Wearing Apparel** | | | |
| Clothing, apparel, accessories, watches | 11 U.S.C. § 522(d)(3)<br>11 U.S.C. § 522(d)(4) jewelry exemption claimed with respect to watches | 1,500.00<br>1,450.00 | 1,500.00 |
| **Stock and Interests in Businesses** | | | |
| ICG Real Estate Advisors, LLC, a Michigan limited liabilty company. 85% membership interest, no market value. Value is stated because debtor claims it as wholly exempt. This LLC owns interests in subsidiaries. The debtor formerly listed as assets interests in those subsidiaries, but he now understands his ownership interest in those subsidiaries to be indirect. | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| Robert Shumake LLC, a Michigan limited liabilty company. | 11 U.S.C. § 522(d)(5) | 100.00 | 0.00 |
| Southfield Properties Group, LLC, 5% membership interest | 11 U.S.C. § 522(d)(5) | 100.00 | 1.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Claims asserted in Macomb County Circuit Court lawsuit against Ronald Zajac, John Clark, Estate of Steven Pankake, and Michael Pankake. | 11 U.S.C. § 522(d)(5) | 100.00 | Unknown |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Robert S. Shumake**, Case No. **13-40001**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Mercedes-Benz S550. 150,000 miles. | **11 U.S.C. § 522(d)(2)** | 3,450.00 | 15,000.00 |

Total: **38,567.00** **26,743.00**