Form nttfclm

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−40001−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Robert S. Shumake
   18350 Mack
   Suite 339
   Grosse Pointe Farms, MI 48236

Social Security No.:
   xxx−xx−9178

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

### May 8, 2014

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 2/10/14

                                                     BY THE COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                        Case No. 13-40001-wsd
Robert S. Shumake                                             Chapter 7
           Debtor         CERTIFICATE OF NOTICE
District/off: 0645-2         User: skoni                  Page 1 of 2                  Date Rcvd: Feb 10, 2014
                             Form ID: ntctfclm            Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2014.
```
db         +Robert S. Shumake,    18350 Mack,   Suite 339,   Grosse Pointe Farms, MI 48236-3219
21730153   +Angelo D'Alessandro,    3800 Woodward Avenue, Ste. 410,   Detroit, MI 48201-2066
21730154   +Capitol Hill Club,    300 First Street, S.E.,   Washington, DC 20003-1891
21730158   +City of Charlevoix,    201 State Street,   Charlevoix, MI 49720-1371
21730159    Comcast,   Charter,    P.O. Box 901076,   Fort Worth, TX 76101-2076
21730161    Countrywide,    P.O. Box 650070,   Dallas, TX 75265-0070
21730163   +Deutsche Bank National Trust Company,    300 South Grand Avenue,   Los Angeles, CA 90071-3109
21730165   +Ernest J. Essad, Jr., Esq.,    Williams Williams Rattner & Plunkett PC,
             380 N. Old Woodward, Ste. 300,    Birmingham, MI 48009-5322
21730167  ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Bank,    38 Fountain Square PL,   Cincinnati, OH 45263)
21730168   +First Equity Holdings,    2000 Town Center, Ste. 1900,   Southfield, MI 48075-1152
21730169   +Gerald A. Pawlak, Esq.,    28345 Beck Road, Suite 306,   Wixom, MI 48393-4744
21730170   +Great American Insurnace Company,    c/o James K. Thurston Esq.,
             Wilson, Elser, Moskowitz et al.,,    55 W. Monroe, Suite 3800,   Chicago, IL 60603-5016
21730171    Great Lakes Energy,    2183 N. Water Road,   Hart, MI 49420-9007
21730172    Heenan, Blaikie Management Ltd.,    1250 boul Rene-Levesque O,   Montreal Quebec, Canada H3B4Y1
21730177   +JPMorgan Chase Bank NA (auto),    PO Box 901098,   Fort Worth, TX 76101-2098
21742880   +Jay S. Kalish,    28592 Orchard Lake Road,   Suite 360,   Farmington Hills, MI 48334-2955
21730176    Joelson, Rosenberg, Moss, Cohen,,    Warren & Drasnin, P.L.C.,   30665 Northwestern Hwy., Ste. 200,
             Farmington Hills, MI 48334-3144
21730178   +Law Office of Douglas D. Hampton, P.C.,    2000 Town Center, Ste. 1900,
             Southfield, MI 48075-1152
21730179    MassMutual Financial Group,    P.O. Box 75045,   Charlotte, NC 28275-0045
21730180   +Meek Lakewood LLC,    2000 Town Center, Ste. 1900,   Southfield, MI 48075-1152
21730182    Michigan First Credit Union,    P.O. Box 41769,   Philadelphia, PA 19101-1769
21730181    Michigan First Credit Union,    Customer Service,   P.O. Box 31112,   Tampa, FL 33631-3112
21730184   +P & B Investments,    111 Cadillac Square, Suite 300,   Detroit, MI 48226-4831
21730185   +Prime Financial, Inc.,    31800 Northwestern Highway, Suite 207,   Farmington, MI 48334-1664
21730186   +Robert Shumake LLC,    2000 Town Center, Ste. 1900,   Southfield, MI 48075-1152
21730187   +Sal Calvalere,    3800 Woodward Avenue, Ste. 410,   Detroit, MI 48201-2066
21730188   +Shufund Capital, LLC,    2000 Town Center, Suite 1900,   Southfield, MI 48075-1152
21730189    State Farm Insurance,    42690 Woodward Avenue, Suite 175,   Bloomfield Hills, MI 48304-5066
21730190   +State of Michigan,    Department of Treasury,   Collection Division,   P.O. Box 77437,
             Detroit, MI 48277-0001
21730192   +Verizon,   P.O. Box 15062,    Albany, NY 12212-5062
21730193   +VerizonWireless,    P.O. Box 4002,   Acworth, GA 30101-9003
21730194   +W&D Real Estate Opportunity Fund I, LLC,    2000 Town Center, Suite 1900,
             Southfield, MI 48075-1152
21730197    WRC,   One Public Works Drive,    Bldg. 95 West,   Waterford, MI 48328-1907
21730196    Wells Fargo Financial Leasing,    P.O. Box 6434,   Carol Stream, IL 60197-6434
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21730152    EDI: AMEREXPR.COM Feb 10 2014 22:33:00     American Express,   Box 0001,
             Los Angeles, CA 90096-8000
21730157    EDI: CIAC.COM Feb 10 2014 22:38:00     CitiMortgage Inc.,   Bankruptcy Department,   Attn: MC0023,
             5280 Corporate Drive,    Frederick, MD 21703-8351
21730155    E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Feb 10 2014 22:45:29      Charter Communications,
             1265 John Q. Hammons, Ste. 100,    Madison, WI 53717-1936
21730156    EDI: CAUT.COM Feb 10 2014 22:38:00     Chase,   PO Box 901076,   Fort Worth, TX 76101-2076
21730160    E-mail/Text: bankruptcy_notices@cmsenergy.com Feb 10 2014 22:35:27      Consumers Energy,
             Lansing, MI 48937-0001
21730164    EDI: DTEE.COM Feb 10 2014 22:38:00     DTE Energy,   One Energy Plaza,   Detroit, MI 48226-1221
21730175    EDI: IRS.COM Feb 10 2014 22:33:00     Internal Revenue Service,   U.S. Department of Treasury,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
21730183   +E-mail/Text: PaymentSolutions@michiganfirst.com Feb 10 2014 22:35:10
             Michigan First Credit Union,    27000 Evergreen Road,   Southfield, MI 48076-3231
21730195    EDI: WFFC.COM Feb 10 2014 22:38:00     Wells Fargo,   Leasing Customer Service,   MAC F4031-050,
             800 Walnut Street,    Des Moines, IA 50309-3605
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21730162     Darian Trotter
21730191     tbd
21730166*  ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Bank,    P.O. Box 630337,   Cincinnati, OH 45263-0001)
```

```
District/off: 0645-2           User: skoni            Page 2 of 2            Date Rcvd: Feb 10, 2014
                               Form ID: ntctfclm      Total Noticed: 43
```

21730173    ##+ICG Leaseback Fund I, LLC,    2000 Town Center, Suite 1900,    Southfield, MI 48075-1152
21730174    ##+ICG Real Estate Advisors, LLC,    2000 Town Center, Suite 1900,    Southfield, MI 48075-1152
                                                                              TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2014 at the address(es) listed below:
              David W. Warren    on behalf of Debtor Robert S. Shumake, dwwarren@joelsonrosenberg.com,
               warren1899@yahoo.com
              David W. Warren    on behalf of Defendant Robert S. Shumake dwwarren@joelsonrosenberg.com,
               warren1899@yahoo.com
              Gerald A. Pawlak    on behalf of Creditor   Deutsche Bank National Trust Company As Trustee
               gpawlak@michlaw.biz, dhendrick@michlaw.biz
              Jay S. Kalish    on behalf of Creditor   Prime Financial, Inc. JSKalish@aol.com
              K. Jin  Lim    kjinlimtrustee@comcast.net, MI13@ecfcbis.com
              Kenneth M. Schneider    on behalf of Trustee K. Jin  Lim kschneider@schneidermiller.com
              Kimberly Ross Clayson    on behalf of Trustee K. Jin  Lim kclayson@schneidermiller.com,
               kclayson@ecf.inforuptcy.com
              Kimberly Ross Clayson    on behalf of Trustee K. Jin  Lim kclayson@schneidermiller.com,
               kclayson@ecf.inforuptcy.com
              Kimberly Ross Clayson    on behalf of Interested Party K. Jin  Lim kclayson@schneidermiller.com,
               kclayson@ecf.inforuptcy.com
              Mark G. Ledwin    on behalf of Interested Party   Great American Insurance Company
               mark.ledwin@wilsonelser.com
              Mark G. Ledwin    on behalf of Plaintiff   Great American Insurance Company
               mark.ledwin@wilsonelser.com
              Melinda B. Oviatt    on behalf of Defendant Robert S. Shumake oviatt@silvermanmorris.com
              Nathan D. Petrusak    on behalf of Plaintiff   Fifth Third Bank ecf@orlaw.com, npetrusak@orlaw.com
              Nathan D. Petrusak    on behalf of Plaintiff   Fifth Third Mortgage-MI, LLC ecf@orlaw.com,
               npetrusak@orlaw.com
              Nathan D. Petrusak    on behalf of Plaintiff   Fifth Third Mortgage Company ecf@orlaw.com,
               npetrusak@orlaw.com
              Nathan D. Petrusak    on behalf of Creditor   Fifth Third Mortgage-MI, LLC ecf@orlaw.com,
               npetrusak@orlaw.com
              Peter A. Jackson    on behalf of Creditor   General Retirement System of the City of Detroit and
               Police and Fire Retirement System of the City of Detroit pjackson@clarkhill.com,
               MLaCroix@ClarkHill.com
              Peter A. Jackson    on behalf of Plaintiff   W & D Real Estate Opportunity Fund I, LLC
               pjackson@clarkhill.com, MLaCroix@ClarkHill.com
              Peter A. Jackson    on behalf of Plaintiff   General Retirement System of the City of Detroit
               pjackson@clarkhill.com, MLaCroix@ClarkHill.com
              Peter A. Jackson    on behalf of Plaintiff   Police and Fire Retirement System of the City of
               Detroit pjackson@clarkhill.com, MLaCroix@ClarkHill.com
              Peter Francis Schneider    on behalf of Trustee K. Jin Lim pschneider@schneidermiller.com
              Sean M. Cowley (UST)    on behalf of Plaintiff Daniel M. McDermott Sean.cowley@usdoj.gov
              Thomas R. Alward    on behalf of Creditor   JPMorgan Chase Bank, N.A. manderson@bfarlaw.com
              Thomas R. Morris    on behalf of Debtor Robert S. Shumake, morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Attorney   Silverman & Morris, P.L.L.C.
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Defendant Robert S. Shumake morris@silvermanmorris.com,
               marlene@silvermanmorris.com
                                                                                         TOTAL: 26