STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                          In Bankruptcy

**ROBERT S. SHUMAKE,**                      Case No. 13-40001-wsd
                                                               Chapter 7
                                                               Hon. Walter Shapero

        Debtor(s).
_____/

**MOTION FOR ORDER APPROVING COMPROMISE:
SETTLEMENT AGREEMENT BETWEEN K. JIN LIM,
TRUSTEE AND MOREHOUSE COLLEGE**

      K. Jin Lim, Trustee by her attorneys, Schneider Miller, PC states as follows:

      1.     Debtor Robert S. Shumake filed his petition for Chapter 7 Bankruptcy on January 1, 2013 (the "Petition Date").

      2.     K. Jin Lim is the duly appointed Chapter 7 Trustee.

      3.     The Debtor is the father of Diop Shumake who is or was a student at Morehouse College.

      4.     The Debtor's Statement of Financial Affairs ("SOFA") states at question 2 that his 2012 income was $300,000.00 from life insurance proceeds.

      5.     The Debtor confirmed in testimony on March 11, 2014 that he received a payment of approximately $300,000.00 in 2012 for life insurance proceeds.

      6.     The Debtor disclosed in his SOFA at question 18 regarding his interests in businesses an interest in a company known as Second Life, LLC and the Debtor indicated in the SOFA it "has not conducted business."

      7.     The Bank of America bank account records for Second Life, LLC show a deposit of $300,575.00 which took place on March 29, 2012.

8. The Debtor's testimony confirmed that this deposit was the deposit of the life insurance proceeds he received in 2012.

9. The Debtor's signature appears on all checks written on the account during 2012.

10. On June 27, 2012 the Debtor wrote a check from the Second Life, LLC Bank of America checking account for $8,585.00 to Morehouse College on behalf of the Debtor's son, Diop Shumake, for college tuition.

11. The Trustee made a demand on Morehouse College for repayment of the tuition which the Trustee claims constituted an avoidable fraudulent transfer under 11 U.S.C. §548.

12. As a result of the demand, Morehouse College has offered and the Trustee has accepted $4,500.00 to settle the estate's claims subject to bankruptcy court approval of this Motion.

13. Payment of $4,500.00 shall be due in full within 14 days of entry of an order approving the Trustee's motion for approval of this settlement agreement.

14. Payment of $4,500.00 shall constitute a full and final settlement of all claims of the estate against Morehouse College with respect to any and all claims by the Trustee, Debtor, and/or Debtor's bankruptcy estate.

15. The Trustee believes that Court approval of this settlement is in the best interest of the estate and its creditors for the reason, among others, that the costs of litigation and the costs of a sale of the subject real estate are unwarranted in light of the proposed settlement. There may also be defenses raised which subject the estate to a risk of no recovery.

16. It is generally held that he bankruptcy court may approve a settlement if it is fair and equitable and is in the estate's best interest. *Reynolds v. C.I.R.*, 861 F.2d 469, 473 (Sixth Cir., 1988); *In Re American Reserve Corp.*, 849 F.2d 159, 161 (Seventh Cir., 1987).

17. Four Factors are relevant to the bankruptcy court's review of a proposed compromise:

>   a. The probability of success in the litigation;
>
>   b. The difficulties, if any, to be encountered in the matter of collection;
>
>   c. The complexity of the litigation involved, the expense, inconvenience, and delay necessarily attending it; and
>
>   d. The paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*In Re Jackson Brewing Co.*, 624 F.2d 605, 607 (Fifth Cir., 1980); *In Re American Reserve Corp.*, 841 F.2d 161; *In Re Woodson*, 839 F.2d 610, 620 (Ninth Cir., 1998). The Trustee, in recommending that this court approve the proposed compromise, has given due weight to the four (4) criteria set forth above and believes that the proposed compromise is fair and equitable and in the best interest of the estate and its creditors.

18. The Trustee has provided notice to creditors of the proposed compromise of the claim in accordance with L.B.R. 9014-1 (E.D.M.).

Dated: June 22, 2014                    /s/Kimberly Ross Clayson
                                        Kimberly Ross Clayson (P69804)
                                        Schneider Miller, PC
                                        645 Griswold, Suite 3900
                                        Detroit, MI 48226
                                        (313) 237-0850
                                        kclayson@schneidermiller.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:          In Bankruptcy

**ROBERT S. SHUMAKE,**      Case No. 13-40001-wsd
                                          Chapter 7
                                          Hon. Walter Shapero

        Debtor(s).
_____/

## Exhibit List

| Exhibit | Description |
|---------|-------------|
| A | Stipulated Settlement Agreement |
| 1 | Proposed Order |
| 2 | Notice of Opportunity to Respond |
| 3 | Certificate of Service |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                        In Bankruptcy

**ROBERT S. SHUMAKE,**              Case No. 13-40001-wsd
                                                     Chapter 7
                                                     Hon. Walter Shapero

       Debtor(s).
_____/

## ORDER APPROVING COMPROMISE

THIS MATTER having come before the court upon the Trustee's Motion for Order Approving Compromise: Settlement Agreement Between K. Jin Lim, Trustee and Morehouse College, Notice of the Motion having been served on all creditors who have timely filed proofs of claim and no response or objection having been timely filed nor served,

IT IS HEREBY ORDERED that the Trustee is authorized to compromise the estate's claims against Morehouse College by accepting payment of $4,500.00 due within 14 days of the date of entry of this order.

IT IS FURTHER ORDERED that payment of $4,500.00 shall constitute a full and final settlement of all claims of the estate against Morehouse College with respect to any and all claims by the Trustee, Debtor, and/or Debtor's bankruptcy estate.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                       In Bankruptcy

**ROBERT S. SHUMAKE**,                       Case No. 13-40001-wsd
                                                          Chapter 7
                                                          Hon. Walter Shapero

            Debtor(s).
_____/

**NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE**

TO:     ALL CREDITORS AND PARTIES IN INTEREST:

       K. Jin Lim, Trustee has filed papers with the court entitled Motion for Order Approving Compromise: Settlement Agreement Between K. Jin Lim, Trustee and Morehouse College. Parties have agreed to settle the estate's interest in a fraudulent transfer claim against Morehouse College related to payment of Debtor's son's tuition whereby Morehouse College will pay $4,500.00 to the estate within 14 days of entry of an order approving the proposed settlement.

       **Your right may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the court to grant the relief sought in the application, or if you want the court to consider your views on the application, within twenty-one (21) days of the date of this notice, you or your attorney must:

1.     File with the court a written objection or request for hearing on the application explaining your position, at:
                                       United States Bankruptcy Court
                                       211 West Fort Street, Suite 2100
                                       Detroit, Michigan 48226

       If you mail your objection or request for hearing to the court for the filing, you must mail it early enough so that the court will **receive** it on or before the 21-day period expires.

       You must also mail a copy to:
                                       Kimberly Ross Clayson
                                       Schneider Miller, P.C.
                                       645 Griswold, Suite 3900
                                       Detroit, Michigan 48226

2.     If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the application and you'll be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief in the application and may enter an order granting that relief.**


Dated: July 22, 2014                                  /s/Kimberly Ross Clayson
                                                               Kimberly Ross Clayson (P69804)
                                                              Attorney for the Trustee
                                                              Schneider Miller, P.C.
                                                              645 Griswold, Suite 3900
                                                              Detroit, MI 48226
                                                              313-237-0850
                                                              kclayson@schneidermiller.com

STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                          In Bankruptcy

**ROBERT S. SHUMAKE,**                Case No. 13-40001-wsd
                                                         Chapter 7
                                                         Hon. Walter Shapero

          Debtor(s).
_____/

## **CERTIFICATE OF SERVICE**

Re:    Trustee's Application for Order Approving Compromise, Stipulation to Settle, Proposed Order, Notice of Opportunity to Respond and Certificate of Service.

      I hereby certify that on this 22nd day of July 2014, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

      I also certify that on this 22nd day of July, 2014, the Notice of the Trustee's Application was served via first class mail, postage prepaid, to all creditors having filed proofs of claims.

Dated: July 22, 2014                      */s/Kimberly Ross Clayson*
                                                 Kimberly Ross Clayson (P69804)
                                                 Attorney for the Trustee
                                                 Schneider Miller, P.C.
                                                 645 Griswold, Suite 3900
                                                 Detroit, MI 48226
                                                 313-237-0850
                                                 kclayson@schneidermiller.com