UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**ROBERT SHUMAKE**

Debtor

_____/

In Bankruptcy:

Case No. 13-40001-wsd
Chapter 7
Hon. Walter Shapero-D

## STIPULATION TO ORDER ADJOURNING HEARING RE: ADRIENNE LANCE LUCAS' OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE

Trustee K. Jin Lim and objecting party Adrienne Lance Lucas hereby stipulate to the attached order adjourning the hearing regarding Adrienne Lance Lucas' Objection to the Trustee's Motion for Authority to Compromise as was originally scheduled to take place on November 20, 2014. Per the attached order, the hearing will now take place on **December 18, 2014** at 11:00 ~~p.m.~~ AM.

Dated: November 18, 2014

/s/ Peter F. Schneider
Peter F. Schneider (P-75256)
Attorneys for Trustee
645 Griswold St., Suite 3900
Detroit, MI 48226
(313) 237-0850 ext. 113
pschneider@schneidermiller.com

Dated: 11/19/14

Adrienne Lance Lucas
6622 St. Abernathy SE
Mableton, GA 30126

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**ROBERT SHUMAKE**

Debtor

_____/

In Bankruptcy:

Case No. 13-40001-wsd
Chapter 7
Hon. Walter Shapero-D

## STIPULATION TO ORDER ADJOURNING HEARING RE: ADRIENNE LANCE LUCAS' OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE

By stipulation between Trustee K. Jin Lim and objecting party Adrienne Lance Lucas,

**IT IS HEREBY ORDERED** that the hearing regarding Adrienne Lance Lucas Objection to Trustee's Motion to Approve Compromise is adjourned to **December 18, 2014** at 11:00 A.M.