# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:  In Bankruptcy

**ROBERT S. SHUMAKE,**  Case No. 13-40001-wsd
Chapter 7
Hon. Walter Shapero

     Debtor(s).
_____/

## STIPULATION RESOLVING OBJECTIONS TO THE TRUSTEE'S MOTION TO APPROVE COMPROMISE: SETTLEMENT AGREEMENT BETWEEN K. JIN LIM, TRUSTEE AND THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT AND POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT

K. Jin Lim, Trustee by her attorneys, Schneider Miller, PC, Adrienne Lance Lucas by her attorneys Stevenson Bullock, PLC and Law Office of Daniel C. Flint PC and Law Offices of Douglas D. Hampton PC through their attorneys Law Offices of Douglas D. Hampton PC stipulate as follows:

1. The Debtor Robert S. Shumake filed his petition for Chapter 7 Bankruptcy on January 1, 2013 (the "Petition Date").

2. K. Jin Lim is the duly appointed Chapter 7 Trustee.

3. On September 11, 2014 the Trustee filed a motion to compromise certain claims and interests involving the General Retirement System of the City of Detroit ("GRS") and the Police and Fire Retirement System of the City of Detroit ("PFRS"). (Docket No. 158).

4. Terms of the proposed compromise are more fully detailed in the trustee's motion regarding the same.

5. Objections were filed by Adrienne Lance Lucas, Law Office of Daniel C. Flint PC and Law Offices of Douglas D. Hampton PC.

6. A hearing on the compromise motion was scheduled for January 15, 2015 at 9:30am.

7. Prior to the hearing Adrienne Lance Lucas made an offer to the trustee to purchase the estate's interest in ICG Real Estate Advisors, LLC ("Real Estate Advisors") for $150,000.00.

8. The purchase of the estate's interest in Real Estate Advisors would negate the need for the Trustee to compromise claims and interests with the GRS and PFRS which belong to subsidiary LLCs of Real Estate Advisors.

9. The Trustee has accepted this offer to purchase subject to higher bids and bankruptcy court approval at such time that the Trustee files a motion for authority to sell the estate's interest in Real Estate Advisors.

10. The Trustee's acceptance of the purchase offer is also subject to the following conditions:

a. By no later than January 23, 2015 at 5:00 pm (EST) Ms. Lance Lucas must provide proof of funds in the form of an original certified letter or other certified statement of a banking or financial institution confirming that $150,000.00 is on hand and available for immediate withdrawal or liquidation from a bank account or other financial account belonging to or titled to Ms. Lance Lucas. Such statement or letter shall be dated for on or after January 15, 2015. Photocopies of a proof of funds statement will not be accepted by the Trustee as a substitute for an original document.

b. By no later than January 30, 2015 at 5:00 pm (EST) Ms. Lance Lucas must deliver $150,000.00 in certified funds payable to K. Jin Lim, Trustee and delivered to the Trustee's counsel Kimberly Ross Clayson, 645 Griswold, Suite 3900, Detroit, MI 48226. The payment is to be accompanied by a purchase offer signed by Ms. Lance Lucas subject only to bankruptcy court approval and higher bids.

c. Upon the proper delivery of payment of $150,000.00 in certified or other official bank funds and a purchase offer signed by Ms. Lance Lucas, the Trustee will within 7 days withdraw her motion to approve the subject compromise and she will file a motion for authority to sell the estate's interest in Real Estate Advisors subject to higher bids.

d. In the event that Ms. Lance Lucas is not the prevailing bidder, she will receive a refund of the $150,000.00 deposit from the estate.

12. Should Ms. Lance Lucas fail to timely submit adequate proof of funds or to timely pay $150,000.00 in certified funds and deliver the signed purchase offer subject only to bankruptcy court approval and higher bids, the Trustee may file an affidavit of default with the court upon which the objections by Ms. Lance Lucas, Law Office of Daniel C. Flint PC and Law Offices of Douglas D. Hampton PC. will be deemed withdrawn, the compromise contemplated in the Trustee's motion seeking authority to compromise with GRS and PFRS (Docket No. 158) will be approved by the court, and the proposed order attached to the motion will be entered.

13. The parties to this stipulation further agree to entry of the order in the form and according to the terms set forth in the attached proposed stipulated order memorializing this agreement.

AGREED:

/s/Michael A. Stevenson
Michael A. Stevenson (P37638)
Stevenson Bullock, PLC
Attorneys for Adrienne Lance Lucas
26100 American Dr Ste 500
Southfield, MI 48034
(248) 354-7906
mstevenson@sbplclaw.com

Dated: January 21, 2015

/s/Douglas D. Hampton
Douglas D. Hampton (P46378)
Law Offices of Douglas D. Hampton PC
Attorneys for Law Offices of Douglas D. Hampton PC and Law Office of Daniel C. Flint PC
2000 Town Ctr Ste 1900
Southfield, MI 48075
(248) 432-7072
dhamptonpc@yahoo.com

Dated: January 21, 2015

/s/Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Schneider Miller, PC
Attorneys for K. Jin Lim, Trustee
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
kclayson@schneidermiller.com

Dated: January 21, 2015

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                           In Bankruptcy

**ROBERT S. SHUMAKE,**               Case No. 13-40001-wsd
                                                 Chapter 7
                                                 Hon. Walter Shapero

      Debtor(s).
_____/

**STIPULATED ORDER RESOLVING OBJECTIONS TO THE TRUSTEE'S MOTION TO APPROVE COMPROMISE: SETTLEMENT AGREEMENT BETWEEN K. JIN LIM, TRUSTEE AND THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT AND POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT**

THIS MATTER having come before the court by the stipulation of K. Jin Lim, Trustee, Adrienne Lance Lucas, Law Office of Daniel C. Flint PC and Law Offices of Douglas D. Hampton PC,

IT IS HEREBY ORDERED that the objections by Adrienne Lance Lucas, Law Office of Daniel C. Flint PC and Law Offices of Douglas D. Hampton PC to the Trustee's Motion to Approve Compromise: Settlement Agreement Between K. Jin Lim, Trustee and the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit are resolved as follows:

       The Trustee's motion for compromise shall be withdrawn if the following conditions are met:

            1. By January 23, 2015 5:00pm (EST) Adrienne Lance Lucas presents proof of funds in the amount of $150,000.00 for the purchase of the estate's interest in ICG Real Estate Advisors, LLC, proof of funds shall be in the form of an original certified letter or other certified statement of a banking or financial institution

confirming that $150,000.00 is on hand and available for immediate withdrawal or liquidation from a bank account or other financial account belonging to and titled to Ms. Lance Lucas. Such statement or letter shall be dated for on or after January 15, 2015. Photocopies will not be accepted as a substitute for an original document.

        2.    By January 30, 2015 5:00pm (EST) Ms. Lance Lucas delivers certified or other official bank funds in the amount of $150,000.00 payable to K. Jin Lim, Trustee and a purchase offer signed by Ms. Lance Lucas and subject only to bankruptcy court approval to the Trustee's attorney Kimberly Ross Clayson, 645 Griswold, Suite 3900, Detroit, MI.

In the event that these conditions are timely met, the Trustee shall within 7 days of payment file a motion for authority to sell the estate's interest in ICG Real Estate Advisors, LLC subject to higher offers.

In the event that any of these conditions is not timely met, the Trustee shall file an affidavit of default with the court and submit the proposed order attached to the Trustee's Motion to Approve Compromise: Settlement Agreement Between K. Jin Lim, Trustee and the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit for entry by the court.