UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                        In Bankruptcy

**ROBERT S. SHUMAKE**,                Case No. 13-40001-wsd
                                                     Chapter 7
                                                     Hon. Walter Shapero

        Debtor(s).
_____/

**TRUSTEE'S MOTION FOR APPROVAL OF SALE AND
SALE PROCEDURES FOR SALE OF LLC INTEREST**

K. Jin Lim, Trustee, by and through her attorneys, Schneider Miller, P.C., states for her Motion as follows:

1. A chapter 7 bankruptcy petition was filed by the Debtor, Robert S. Shumake, on January 1, 2013.

2. Movant was appointed permanent chapter 7 trustee of the above captioned bankruptcy estate.

3. This bankruptcy estate owns certain personal property described as an 85 percent membership interest in ICG Real Estate Advisors, LLC a Michigan Limited Liability Company (the "Membership Interest").

4. The Trustee has accepted an offer to purchase the Membership Interest for the sum of $150,000.00, attached hereto as Exhibit 4. The Trustee's acceptance is subject to (among other conditions) an auction, at which time higher and/or better offers will be considered, if any.

5. The sale is subject to bankruptcy court approval and the sale is on an "as is where is" basis.

6. The Trustee has the exclusive authority to sell the Membership Interest under all applicable provisions of 11 U.S.C. §363.

7. The minimum next higher bid at the auction to be conducted by the Trustee shall be $160,000.00.

9. **Auction date, place and time.** An auction for the Property will be held at the offices of Schneider Miller, PC at 645 Griswold, Suite 3900, Detroit, MI 48226 on Wednesday, March 4, 2015 at 1:00 p.m. (or at an adjourned date if court approval of this motion is not obtained in prior to such date, or if other circumstances are warranted in the opinion of the trustee) at which time parties may make bids. Bidding shall be open and verbal. Bidding will proceed in minimum increments of $5,000.00. Bidding and the auction will close after the last and highest bid is heard and announced by the Trustee or the Trustee's counsel. Telephonic bidding will not be allowed unless arranged in advance and written permission is provided by the Trustee.

10. **Bidder prequalification.** Persons wishing to attend the auction and bid at the auction must qualify as prospective bidders, by presenting to the Trustee prior to commencement of the auction a cashier's or certified check in the amount of $160,000.00 payable to the Trustee. The deadline for presentment of the $160,000.00 deposit is February 27, 2015 at 4:00 p.m. The deposit must be delivered to the office of Schneider Miller, P.C. 645 Griswold Suite 3900, Detroit, MI 48226. At the conclusion of bidding, the deposit check shall be retained and used towards the purchase price. The balance of the purchase price, if any, shall be paid to the Trustee at the closing on the auction sale. If there are no bidder submissions by the date and time set forth in this

paragraph or if submissions fail to meet the criteria set forth in this paragraph then at the Trustee's discretion, the auction may be cancelled.

11. **Closing on concluded sale.** Closing on the sale shall take place as soon as practicable after the conclusion of the auction or if no auction is required to be conducted, upon court approval of this sale, but no later than 14 days from the conclusion of the auction or absent an auction, upon entry of an order approving this sale, unless such time is extended in writing by the Trustee. At closing, the successful bidder shall pay the balance of the purchase price. Should the successful bidder fail to close due to circumstances that are not the fault of the Trustee, then 25 percent of the deposit shall be forfeited for damages.

12. **Back-up Buyer.** Should the successful bidder fail to close the transaction within 14 days after the conclusion of the auction, and if such time is not extended in writing by the Trustee, the Trustee, at the Trustee's election, may close the transaction with a "Back-up Buyer", meaning the person(s) making the previous highest bid prior to acceptance of the successful bid. Closing of a transaction with a Back-up Buyer shall not be deemed to be a waiver of the Trustee's claims against the successful bidder for damages as set forth in paragraph 11.

13. **Waiver of Stay and Good Faith Sale.** The Trustee seeks a ruling that any stay pertaining to this sale under F.R. Bankr.P. 6004(g) and 6006(d) be waived and that the proposed sale be determined to be a sale in good faith pursuant to 11 U.S.C. §363(m) and afforded the full protections thereby provided.

14. **Objections to the proposed auction sale.** Objections to the sale must be filed with the bankruptcy court and served upon the Trustee on or before 5:00 p.m.

(EST) **February 24, 2015**. In the event that an objection is filed, the objecting party shall promptly seek a hearing date from the bankruptcy court. The Trustee may nonetheless conduct the auction as provided herein, subject however to any ruling to be made by the bankruptcy court. The time to close the sale shall not begin to run until the court has ruled on the hearing or until the objection is withdrawn.

15. The sale of the Membership Interest is an as is where is sale. The Trustee makes absolutely no representations or warranties as to the marketability, encumbrances, claims and interests against the Membership Interest or against ICG Real Estate Advisors, LLC.

16. This Motion shall be served on creditors listed in the creditor matrix of the now dismissed ICG Real Estate Advisors, LLC bankruptcy (Case No. 12-48896-mbm) as well as all creditors who have timely filed proofs of claims in this bankruptcy matter.

WHEREFORE, K. Jin Lim, Trustee, prays for entry of an appropriate order.

Dated: February 3, 2015 /s/Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Schneider Miller, PC
Attorneys for the Trustee
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
kclayson@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:	In Bankruptcy

**ROBERT S. SHUMAKE**,	Case No. 13-40001-wsd
	Chapter 7
	Hon. Walter Shapero

    Debtor(s).
_____/

## EXHIBIT LIST

1    Proposed Order

2    Notice of Opportunity to Respond

3    Certificate of Service

4    Purchase Offer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy

**ROBERT S. SHUMAKE**,                   Case No. 13-40001-wsd
                                                        Chapter 7
                                                        Hon. Walter Shapero

       Debtor(s).
_____/

## ORDER APPROVING SALE AND SALE PROCEDURES FOR LLC INTEREST

This matter has come before the Court on the Trustee K. Jin Lim's Motion for Approval of Sale and Sale Procedures for LLC interest (the "Motion") for the Estate's 85 percent membership interest in ICG Real Estate Advisors, LLC (the "Membership Interest"),

The Court has reviewed the Motion, and notice has been provided to all creditors and parties in interest in accordance with the applicable court rules. There were no objections. Pursuant to 11 U.S.C. §363, the Court finds that cause exists to authorize the Trustee to sell the Membership Interest in accordance with the procedures set forth in the Motion.

IT IS HEREBY ORDERED that the Motion is granted and further:

1.      The Trustee has the exclusive authority to sell the Membership Interest under 11 U.S.C. §363.

2.      The proposed purchase price of $150,000.00 is adequate and subject to higher bidding at an auction to be conducted by the Trustee or the Trustee's counsel.

3.      **Auction date, place and time.** An auction for the Property will be held at the offices of Schneider Miller, PC, 645 Griswold, Suite 3900, Detroit, Michigan 48226

on Wednesday, March 4, 2015 at 1:00 p.m. (or at an adjourned date if court approval of this motion is not obtained in prior to such date, or if other circumstances are warranted in the opinion of the trustee) at which time parties may make bids. Bidding shall be open and verbal. The second bid will be accepted in the amount of $160,000.00 and bidding will proceed in minimum increments of $5,000.00 thereafter. Bidding and the auction will close after the last and highest bid is heard and announced by the Trustee or the Trustee's counsel. Telephonic bidding will not be allowed unless arranged in advance and written permission is provided by the Trustee.

4. **Bidder prequalification.** Persons wishing to attend the auction and bid at the auction must qualify as prospective bidders by presenting to the Trustee prior to commencement of the auction a cashier's or certified check in the amount of $160,000.00 payable to the Trustee. The deadline for presentment of the $160,000.00 deposit is Friday, February 27, 2015 at 4:00 p.m. The deposit must be received by Trustee before the deadline at the office of Schneider Miller, P.C., 645 Griswold, Suite 3900, Detroit, Michigan 48226. Potential bidders are solely responsible to ensure receipt by the Trustee. At the conclusion of bidding, the deposit check shall be retained and used towards the purchase price. The balance of the purchase price, if any, shall be paid to the Trustee at the closing on the auction sale.

5. **Closing on concluded sale.** Closing on the sale shall take place as soon as practicable after the conclusion of the auction, but no later than 14 days from the conclusion of the auction or if no auction is required then 14 days from entry of this order, unless such time is extended in writing by the Trustee. At closing, the successful bidder shall pay the balance of the purchase price. Should the successful bidder fail to

close due to circumstances not the fault of the Trustee, 25 percent of the deposit shall be forfeited.

6. **Back-up Buyer.** Should the successful bidder fail to close the transaction within 14 days after the conclusion of the auction, and if such time is not extended in writing by the Trustee, the Trustee, at the Trustee's election, may close the transaction with a "Back-up Buyer", meaning the person(s) making the previous highest bid prior to acceptance of the successful bid. Closing of a transaction with a Back-up Buyer shall not be deemed to be a waiver of the Trustee's claims against the successful bidder for damages including without limitation any loss on the sale and any attorneys' fees and costs resulting from the successful bidder's failure to close on the sale.

7. **Waiver of Stay and Good Faith Sale.** Any stay pertaining to this sale under F.R. Bankr.P. 6004(g) and 6006(d) is hereby waived and that the proposed sale is deemed a sale in good faith pursuant to 11 U.S.C. §363(m) and afforded the full protections thereby provided.

8. The sale shall be free and clear of all taxes, and all other liens, encumbrances and interests.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:    In Bankruptcy

**ROBERT S. SHUMAKE**,    Case No. 13-40001-wsd
Chapter 7
Hon. Walter Shapero

Debtor(s).
_____/

**NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING SALE
AND SALE PROCEDURES FOR LLC MEMBERSHIP INTEREST**

K. Jin Lim, Trustee, has filed papers with the Court entitled Trustee's Motion for Order Approving Sale and Sale Procedures for Membership Interest ("the Motion") for the sale of the estate's property interest described as an 85 percent membership interest in ICG Real Estate Advisors, LLC a Michigan Limited Liability Company (the "Membership Interest").

**Auction date, place and time.** An auction for the Property will be held at the offices of Schneider Miller, PC, 645 Griswold, Suite 3900, Detroit, Michigan 48226 on March 4, 2015 at 1:00 p.m. (or at an adjourned date if court approval of this motion is not obtained in prior to such date, or if other circumstances are warranted in the opinion of the trustee) at which time parties may make bids. Bidding shall be open and verbal. The second bid shall be in the amount of $160,000.00 and bidding will proceed in minimum increments of $5,000.00 thereafter. Bidding and the auction will close after the last and highest bid is heard and announced by the Trustee or the Trustee's counsel. Telephonic bidding will not be allowed unless arranged in advance and written permission is provided by the Trustee.
**Bidder prequalification.** Persons wishing to attend the auction and bid at the auction must qualify as prospective bidders by presenting to the Trustee prior to commencement of the auction a cashier's or certified check in the amount of $160,000.00 payable to the Trustee. The deadline for presentment of the $160,000.00 deposit is Friday, February 27, 2015 at 4:00 p.m. The deposit must be received by Trustee before the deadline at the offices of Schneider Miller, P.C., 645 Griswold, Suite 3900, Detroit, Michigan 48226. Potential bidders are solely responsible to ensure receipt by the Trustee. At the conclusion of bidding, the deposit check shall be retained and used towards the purchase price. The balance of the purchase price, if any, shall be paid to the Trustee at the closing on the auction sale.
**Closing on concluded sale.** Closing on the sale shall take place as soon as practicable after the conclusion of the auction, but no later than 14 days from the conclusion of the auction, unless such time is extended in writing by the Trustee. At closing, the successful bidder shall pay the balance of the purchase price. Should the

successful bidder fail to close due to circumstances not the fault of the Trustee, the 25 percent of the deposit shall be forfeited.

**Back-up Buyer.** Should the successful bidder fail to close the transaction within 14 days after the conclusion of the auction, and if such time is not extended in writing by the Trustee, the Trustee, at the Trustee's election, may close the transaction with a "Back-up Buyer", meaning the person(s) making the previous highest bid prior to acceptance of the successful bid. Closing of a transaction with a Back-up Buyer shall not be deemed to be a waiver of the Trustee's claims against the successful bidder for damages including without limitation liquidated damages.

**Objections to the proposed auction sale.** Objections to the sale must be filed with the bankruptcy court and served upon the Trustee on or before February 24, 2015. In the event that an objection is filed, the objecting party shall promptly seek a hearing date from the bankruptcy court. The Trustee may nonetheless conduct the auction as provided herein, subject however to any ruling to be made by the bankruptcy court. The time to close the sale shall not begin to run until the court has ruled on the hearing or until the objection is withdrawn.

The sale is free and clear of all liens and interests. For additional sale terms, you may review the Trustee's motion which may be found in the Court's files, or you may contact the Trustee's attorney.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the court to grant the Motion, or if you want the court to consider your views on the Application, you or your attorney must on or before Februray :

1. File with the Court a written response or an answer explaining your position at[1]:

> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date and time stated above. You must also mail a copy to:

> Kimberly Ross Clayson
> Schneider Miller, PC
> Attorneys for the Trustee
> 645 Griswold, Suite 3900
> Detroit, MI 48226

2. **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Dated: February 3, 2015                    */s/Kimberly Ross Clayson*
                                           Kimberly Ross Clayson (P69804)
                                           Schneider Miller, PC
                                           Attorneys for the Trustee
                                           645 Griswold, Suite 3900
                                           Detroit, MI  48226
                                           (313) 237-0850
                                           kclayson@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **ROBERT S. SHUMAKE**, | Case No. 13-40001-wsd<br>Chapter 7<br>Hon. Walter Shapero |
| Debtor(s).<br>_____/ | |

## CERTIFICATE OF SERVICE

Re: Motion for Order Approving Sale and Sale Procedures for LLC Membership Interest, Proposed Order, Notice Pursuant to L.B.R. 9014-1(E.D.M.) and Certificate of Service.

I hereby certify that, on the 3rd day of February, 2015, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

Also, I hereby certify that on this 3rd day of February, 2015, an employee of Schneider Miller, P.C. served L.B.R. 9014-1(EDM) Notice of the foregoing with postage fully prepaid and mailing them United States Postal Service First-Class mail to all creditors who timely filed proofs of claim, those parties in interest identified in the attached exhibit, Adrienne Lance Lucas at 6692 Abernathy Dr., Mapleton, GA 30126, and on the Debtor at his mailing address of record.

| | |
|---|---|
| February 3, 2015 | /s/Kimberly Ross Clayson<br>Kimberly Ross Clayson (P69804)<br>Schneider Miller, P.C.<br>645 Griswold, Suite 3900<br>Detroit, MI 48226<br>(313) 237-0850<br>kclayson@schneidermiller.com |