# LIMITED LIABILITY COMPANY CERTIFICATION AND RESOLUTION

The undersigned, being the sole members and the manager of #22#9, LLC, a Texas limited liability company (the "Company"), hereby certify as follows:

1. The members of the Company are Legacy Ventures Holdings, LLC, a Georgia limited liability company (ten (10) percent member) and HP Legacy, LLC, a Texas limited liability company (ninety (90) percent member). Patrick S. Todd is the sole member and manager of HP Legacy, LLC.. Adrienne Lance Lucas is the sole member and manager of Legacy Ventures Holdings, LLC.

2. The Company is authorized to purchase the 85% ownership interests held by K. Jin Lim, trustee of the Chapter 7 bankruptcy estate of Robert S. Shumake (the "Trustee"), in ICG Real Estate Advisors, LLC, a Michigan limited liability company ("ICG Real Estate") for a purchase price of $150,000.

Executed effective the 29th day of January 2015.

HP Legacy, LLC, a Texas limited liability company

By: _____
      Patrick S. Todd, Manager

Legacy Ventures Holdings, LLC, a Georgia limited liability company

By: _____
      Adrienne Lance Lucas, Manager