UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                      In Bankruptcy

**ROBERT S. SHUMAKE**,                       Case No. 13-40001-wsd
                                                            Chapter 7
                                                            Hon. Walter Shapero

        Debtor(s).
_____/

## REPORT OF SALE RELATED TO DOCKET NO. 205

K. Jin Lim, Trustee, by and through her attorneys Schneider Miller, P.C. states:

1. On April 2, 2015, the Trustee filed a Motion for Order Approving Sale and Sale Procedures for Membership Interest ("the Motion") for the sale of the estate's property interest described as a 100 percent membership interest in Meek Development 1, LLC a Michigan Limited Liability Company (the "LLC Interest") (Docket No. 205).

2. There were no timely objections filed or served and on April 28, 2015 the court entered an order approving the Trustee's Motion (Docket No. 214).

3. No bidders came forward to participate in the auction of the LLC Interest therefore the initial offeror, Partnership Liquidity Investors II, LLC (the "Buyer"), is the prevailing bidder in the sale of the LLC Interest at the proposed sale price of $25,000.00.

4. The Buyer presented payment of $25,000.00 to the Trustee and the Trustee has executed an assignment of the LLC Interest to the Buyer.

Respectfully submitted,

SCHNEIDER MILLER, P.C.

Dated: May 5, 2015                     /s/Kimberly Ross Clayson
                               By:     KIMBERLY ROSS CLAYSON (P69804)
                                       Attorney for K. Jin Lim, Trustee
                                       645 Griswold, Suite 3900
                                       Detroit, Michigan 48226
                                       (313) 237-0850
                                       kclayson@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy

**ROBERT S. SHUMAKE**,                   Case No. 13-40001-wsd
                                                               Chapter 7
                                                               Hon. Walter Shapero

          Debtor(s).
_____/

## **CERTIFICATE OF SERVICE**

Re:    Report of Auction Sale Related to Docket No. 205 and Certificate of Service.

       I hereby certify that, on May 5, 2015, I electronically filed the foregoing documents with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.


Date: May 5, 2015                         SCHNEIDER MILLER, PC

                                            /s/Kimberly Ross Clayson
                                            Kimberly Ross Clayson (P69804)
                                            Attorney K. Jin Lim, Trustee
                                            645 Griswold, Suite 3900
                                            Detroit, MI 48226
                                            (313) 237-0850
                                            kclayson@schneidermiller.com